**IN THE SUPREME COURT OF THE STATE OF MONTANA**
Supreme Court No. DA 19-0353

FILED

03/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0353

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

ROBERT WAYNE ANDERSON,

      Defendant and Appellant.

## ORDER

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until April 27th, 2020 to prepare, file and serve the Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 27 2020